UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMISSIONS IMPORT EXPORT S.A.,

          *Plaintiff*,

          v.          Civil Action No. 1:12-cv-00743 (RCL)

THE REPUBLIC OF THE CONGO AND
CAISSE CONGOLAISE D'AMORTISSEMENT,

          *Defendants.*

**NOTICE OF MOTION AND MOTION OF DEFENDANTS
TO SUBSTITUTE PARTIES PURSUANT TO RULE 25(c)**

Defendants the Republic of the Congo and Caisse Congolaise D'Amortissement respectfully move this Court, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, for an order substituting for the Plaintiff in this action Messrs. Gaston Mossa, Emile Nzondo and Edouard Tati Makaya, in their capacities as the court-appointed liquidation trustees for Commissions Import Export S.A., pursuant to the May 13, 2013 order of the Appellate Court of Brazzaville, as affirmed by the January 14, 2015 decision of the OHADA Common Court of Justice and Arbitration sitting in Abidjan, Ivory Coast.

As grounds therefor, Defendants respectfully refer the Court to their supporting Memorandum of Law filed herewith, and the accompanying Declaration of Robert A. Schwinger in Support of Defendants' Motion to Substitute Parties Pursuant to Rule 25(c), executed May 6, 2015, and the exhibits thereto.

A proposed order is also submitted herewith.

Pursuant to LCvR 7(m), Defendants hereby certify that before this motion was filed, Defendants' counsel discussed this motion with opposing counsel in a good-faith effort to

determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement. Plaintiff's counsel advised Defendants' counsel that they intended to oppose this motion.

Defendants respectfully request oral argument of this motion.

Dated:   May 6, 2015

                                    Respectfully submitted,

                                    CHADBOURNE & PARKE LLP

                                    By      */s/ Robert A. Schwinger*
                                         Robert A. Schwinger (DC Bar ID # NY0092)
                                             A Member of the Firm
                                    Attorneys for Defendants
                                    1301 Avenue of the Americas
                                    New York, NY  10019
                                    (212) 408-5100
                                    *rschwinger@chadbourne.com*

Dana Frix
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, DC  20036
Tel. (202) 974-5600

Rachel W. Thorn
Marc Suskin
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, NY  10019
Tel. (212) 408-5100

                Of Counsel