**Exhibit 5 to the Declaration of Robert A. Schwinger in Support of Defendants' Motion to Substitute Parties Pursuant to Rule 25(c), executed May 6, 2015**

# CABINET MOSSA
*Avocats à la Cour*

BP 1970 - POINTE-NOIRE - REPUBLIQUE DU CONGO

TEL : ( 242 ) 22 294 16 31 / (242) 06 638 00 32     FAX : ( 242 ) 22 294 16 30 - Email : cabinetmossa@yah

---

COMMISSIONS IMPORT EXPORT S.A.,

                      Petitioner,

                      v.

REPUBLIC OF THE CONGO,

                      Respondent.

## DECLARATION DE GASTON MOSSA

Je soussigné, Maître **Gaston MOSSA**, déclare par la présente, en vertu de l'article 28 U.S.C. § 1746, les faits suivants :

1.    Je suis avocat à la Cour, inscrit au barreau de **Pointe-Noire** en République du Congo (Ci-après « le Congo »). J'exerce la profession d'avocat depuis **1989.** Mon cabinet se situe **Sis au 1$^{er}$ étage de l'immeuble de la C.N.S.S en face du cinéma Club 7 Avenue Charles De Gaulle à Pointe-Noire**. Je suis diplômé de **la Faculté de Droit de Paris 13 en France. Je suis Titulaire d'une Licence en Droit Privé à l'Université Marien NGOUABI de Brazzaville, d'une Maîtrise de Droit Privé de l'Université Paris 13 en France.**

**Ainsi que d'une formation au centre de Formation des Avocats au Barreau de Paris.**

2.    Le 30 octobre 2012, le Tribunal de Commerce de Brazzaville a prononcé la liquidation de la société congolaise Commissions Import Export S.A (Ci-après « Commisimpex »). Ce jugement m'a nommé au syndic liquidateur composé de trois membres et

a également désigné un juge commissaire, ces organes de liquidation sont chargés de l'administration du patrimoine de la société liquidée.

3. Par jugement du 30 octobre 2012, le tribunal décide que « les actes, droits et actions de COMMISIMPEX S.A sont accomplis ou exercés, pendant toute la durée de la liquidation des biens, par le syndic agissant seul en représentation de COMMISSIMPEX ».

4. Une copie du jugement du Tribunal de Commerce de Brazzaville est jointe à la présente.

5. Par un arrêt commercial du 13 mai 2013, la Cour d'Appel de Brazzaville a confirmé la liquidation de Commisimpex. La Cour m'a renommé au syndic liquidateur composé de trois membres et a également désigné un juge commissaire, ces organes de liquidation sont chargés de l'administration du patrimoine de la société liquidée.

6. Une copie de l'arrêt commercial de la Cour d'Appel de Brazzaville est jointe à la présente.

7. Le Tribunal de Commerce de Brazzaville et la Cour d'Appel de Brazzaville ont prononcé la liquidation de Commisimpex conformément à l'Acte uniforme OHADA portant organisation des procédures collectives d'apurement du passif (Ci-après « Acte Uniforme OHADA »). OHADA est une Organisation intergouvernementale pour l'Harmonisation du Droit des Affaires en Afrique qui regroupe dix-sept pays d'Afrique centrale et de l'Ouest, notamment la République du Congo.

8. Depuis ma nomination comme co-syndic liquidateur le 30 octobre 2012 et son renouvellement le 13 mai 2013, j'ai travaillé avec le syndic liquidateur et ses avocats afin de représenter les intérêts de la société Commisimpex en liquidation concernant plusieurs affaires au Congo et dans d'autres pays.

9. Je comprends que l'action référencée ci-dessus a été introduite aux Etats-Unis devant la Cour fédérale de première instance du District de Columbia le 15 Mai 2013, soit deux jours après que la Cour d'appel de Brazzaville a confirmé la dissolution de Commisimpex et a nommé les syndics liquidateurs et le juge commissaire.

10. A aucun moment, avant ou après l'introduction de l'action référencée ci-dessus le 15 mai 2013, le syndic liquidateur n'a donné son accord ou autorisé l'introduction de cette action au nom de Commisimpex. En outre, l'action référencée ci-dessus n'a pas été portée à la connaissance du syndic liquidateur et celui-ci n'a jamais reçu notification formelle de cette procédure.

Je déclare, sous peine de parjure, en vertu des lois des Etats-Unis d'Amérique, que les informations ci-dessus sont vraies.

Fait à Pointe-Noire le 18 septembre 2014

Maître Gaston MOSSA



# MOSSA FIRM
*Attorneys to the Court*
BP 1970 - POINTE-NOIRE - REPUBLIC OF THE CONGO

TEL: (242) 22 294 16 31 / (242) 06 638 00 32   FAX: (242) 22 294 16 30 - Email: cabinetmossa@yah

COMMISSIONS IMPORT EXPORT S.A.,

                              Petitioner,

                                  vs.

REPUBLIC OF THE CONGO,

                              Respondent.

## DECLARATION OF GASTON MOSSA

I undersigned, Maître **Gaston MOSSA**, hereby declare, under Article 28 U.S.C. § 1746, the following facts:

1. I am an attorney at the Court, registered at the bar of **Pointe-Noire** in the Republic of the Congo (hereinafter "the Congo"). I have been practicing the legal profession since **1989**. My firm is located on the **1st floor of the C.N.S.S. building across from the the Cinema Club 7 Avenue Charles De Gaulle in Pointe-Noire**. I graduated from **the Faculty of law of Paris 13 in France. I am Holder of a License in Private Law from the University Marien NGOUABI in Brazzaville, a Master's Degree in Private Law from the University Paris 13 in France.**

**As well as training at the Attorney Training Center of the Bar of Paris**.

2. On October 30, 2012, the Commercial Court of Brazzaville ordered the liquidation of the Congolese company Commissions Import Export

1

S.A. (hereinafter "Commisimpex"). This judgment appointed me to the committee of liquidation trustees composed of three members and also appointed a Supervisory Judge, and such liquidators are responsible for the administration of the asset base of the liquidated company.

3. By Judgment of October 30, 2012, the Court decided that "the acts, rights and actions of COMMISIMPEX S.A shall be done or exercised, for the duration of the liquidation of assets by the trustee acting alone in representing COMMISSIMPEX".

4. A copy of the Judgment of the Commercial Court of Brazzaville is attached hereto.

5. By a Commercial Judgment of May 13, 2013, the Court of Appeal of Brazzaville confirmed the liquidation of Commisimpex. The Court has reappointed me to the committee of liquidation trustees comprised of three members and has also appointed a Supervisory Judge, and such liquidators are responsible for the administration of the asset base of the liquidated company.

6. A copy of the Commercial Judgment of the Court of Appeal of Brazzaville is attached hereto.

7. The Commercial Court of Brazzaville and the Court of Appeal of Brazzaville ordered the liquidation of Commisimpex in accordance with the OHADA Uniform Act organizing collective proceedings for wiping off debts (Hereinafter "OHADA Uniform Act"). OHADA is an Inter-Governmental Organization for the Harmonization of Business Law in Africa that brings together seventeen countries in West and Central Africa, including the Republic of the Congo.

8. Since my appointment as a liquidation trustee on October 30, 2012 and its renewal on May 13, 2013, I have worked with the committee of liquidation trustees and its attorneys in order to represent the interests of the Commisimpex

Company in liquidation concerning several cases in the Congo and in other countries.

9.  I understand that the above-referenced action was brought in the United States before the Federal Court of the District of Columbia on May 15, 2013, i.e. two days after the Court of Appeal of Brazzaville confirmed the dissolution of Commisimpex and appointed the committee of liquidation trustees and the Supervisory Judge.

10.  At no time, before or after the initiation of the above-referenced action on May 15, 2013, did the committee of liquidation trustees give its consent or authorize the filing of this action on behalf of Commisimpex. In addition, the above-referenced action was not brought to the knowledge of the committee of liquidation trustees and the latter has never received formal notification of such proceeding.

I declare, under penalty of perjury, under the laws of United States of America, that the above information is true and correct.

Done at Pointe-Noire on September 18, 2014

Maitre Gaston MOSSA

[Round stamp - Gaston MOSSA
Attorney to the Court
BP 1970
POINTE-NOIRE
Tel: [illegible]
[Signature]

**Morningside Translations**

TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: September 24, 2014

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Declaration M. MOSSA
- 2012.10.30 - Jugement de liquidation Brazzaville - 30 10 12
- 2013.05.13 - Appellate Court of Brazzaville 30 October 2012

Belinda Lai attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Belinda Lai

Accurate Translation Services 24/7