UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT, S.A.,   ) | |
| ) | |
| *Plaintiff*,   ) | |
| ) | |
| *v.*   ) | Civil Action No. |
| ) | 1:12-CV-000743-RCL |
| THE REPUBLIC OF THE CONGO AND   ) | |
| CAISSE CONGOLAISE D'AMORTISSEMENT,   ) | |
| ) | |
| *Defendants.*   ) | |
| ) | |

**COMMISIMPEX'S MOTION TO ALTER OR AMEND JUDGMENT AND STATEMENT OF POINTS AND AUTHORITIES**

Plaintiff Commissions Import Export, S.A. ("Commisimpex") respectfully moves the Court under Federal Rules of Civil Procedure 59(e) and 60(a) to alter, amend, or correct its Order and Judgment issued on July 31, 2015 (Dkt. No. 65) ("July 31 Order"), for the purpose of converting to U.S. Dollars the amounts awarded for Commisimpex and against Defendants and specifying the applicable statutory post-judgment interest provision. This motion is supported by the Declaration of Francis A. Vasquez, Jr., executed August 7, 2015, and the exhibit attached thereto ("Vasquez Decl.").

The chart below provides the conversion to U.S. Dollars for the amounts awarded to Commisimpex in the July 31 Order. The amounts in question are in Euros, Pounds Sterling, and Communauté Financière Africaine Francs. As of July 31, 2015, the exchange rate in U.S. Dollars for each of those currencies was, respectively, $1.09743, $1.56049, and $0.00167. *See* Currency Converter, OANDA, http://www.oanda.com/currency/converter/ (last visited August 7, 2015) (Vasquez Decl. Ex. 1).

| Category of Monetary Award | Amount Awarded | Exchange Rate | Amount in U.S. Dollars |
|---|---|---|---|
| Principal | €2,855,071 | $1.09743 | $3,133,240.57 |
| Principal | £18,903,708 | $1.56049 | $29,499,047.30 |
| Principal | $31,184,837 | $1.00 | $31,184,837 |
| Principal | CFA 1,731,267,415 | $0.00167 | $2,891,216.58 |
| Penalty interest | €7,163,027 | $1.09743 | $7,860,920.72 |
| Penalty interest | £34,312,232 | $1.56049 | $53,543,894.91 |
| Penalty interest | $56,408,208 | $1.00 | $56,408,208 |
| Penalty interest | CFA 2,899,457,582 | $0.00167 | $4,842,094.16 |
| Arbitration costs | $393,333 | $1.00 | $393,333 |
| Arbitration costs | €22,867 | $1.09743 | $25,094.93 |
| **Total** | | | **$189,781,887.17** |

Accordingly, Plaintiff respectfully requests that the Court alter or amend its July 31 Order and Judgment to reflect that Plaintiff is entitled to a recovery totaling U.S. $189,781,887.17 plus taxable costs arising out of these proceedings. A proposed order is submitted herewith.

Pursuant to Local Civil Rule 7(m), counsel for Commisimpex conferred with counsel for Defendants, who have indicated that they will require some time to consult with their clients before deciding whether to oppose or consent to this motion.

## STATEMENT OF POINTS AND AUTHORITIES

The decision to grant a motion to alter or amend a judgment under Rule 59(e) of the Federal Rules of Civil Procedure is entrusted to the discretion of the district court. *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996).  Motions to alter or amend may be granted if "the district court finds that there is . . . new evidence" relevant to the ultimate judgment. *Ciralsky v. Cent. Intelligence Agency*, 355 F.3d 661, 671 (D.C. Cir. 2004) (quoting *Firestone*, 76 F.3d at 1208).  Here, Commisimpex is requesting an amendment to the currency denomination of the amounts awarded in the Court's July 31 Order, because, as discussed below, the amount of the judgment and the applicable date for U.S. Dollar-conversion of the judgment amounts only became known when the Court issued its July 31 Order.  Commisimpex was only able to perform the calculation upon receipt of the Court's Order by reference to the currency exchange rates that were only established as a matter of fact on that date.

In its motion papers on summary judgment, Commisimpex requested the following relief:

(a) principal amounts in Euros, Pounds Sterling, U.S. Dollars, and Communauté Financière Africaine Francs:  €2,855,071, £18,903,708, US$31,184,837, and CFA 1,731,267,415;

(b) "penalty interest" amounts in Euros, Pounds Sterling, U.S. Dollars, and Communauté Financière Africaine Francs:  €7,163,027, £34,312,232, US$56,408,208, and CFA 2,899,457,582;

(c) arbitration costs of US$393,333 and €22,867,

(d) costs to be assessed;

(e) additional interest accrued since the date of the English Judgment; and

(f) costs in the present action.

The Court granted the relief in part and denied it in part.  Specifically, the Court ordered that Commisimpex is entitled to the foregoing principal amounts, "penalty interest" amounts, and

arbitration costs in full, but not to costs arising from the English proceedings or interest accrued since the date of the English Judgment. July 31 Order (Dkt. No. 65), at 2; Mem. Op. (Dkt. No. 64), at 15. The Court also ordered that Commisimpex, as the prevailing party, is entitled to taxable costs arising out of the instant proceedings pursuant to Fed. R. Civ. P. 54(d)(1). July 31 Order (Dkt. No. 65), at 2. Having established the final amounts, Commisimpex now requests that the judgment for these amounts be amended to be denominated in U.S. Dollars, at the exchange rate as of July 31, the date of entry of judgment.

As this Court has noted, "conversion of . . . foreign currency amounts into dollars at judgment is the norm." *Continental Transfert Technique Ltd. v. Fed. Gov't of Nigeria*, 932 F. Supp. 2d 153, 158 (D.D.C. 2013); *see also Deutsche Bank Filiale Nurnberg v. Humphrey*, 272 U.S. 517, 519 (1926) (holding that the U.S. Dollar value of a judgment to enforce a foreign debt denominated in foreign currency is not fixed until the date of judgment); *Reliastar Life Ins. Co. v. IOA Re, Inc.*, 303 F.3d 874, 883 (8th Cir. 2002) (recognizing that the U.S. Dollar value of an obligation arising under foreign law and valued in another currency is set on date of judgment). This "judgment day" rule provides that amounts awarded for a cause of action arising under foreign law be converted into U.S. Dollars as of the date of judgment. 303 F.3d at 883. Applying the judgment day rule is appropriate here, especially given that Defendants' obligation to pay Commisimpex under the English judgment arises under English law. *See, e.g.*, Mem. Op. (Dkt. No. 54), at 15 (noting that English law would inform the question of Commisimpex's entitlement to interest arising from the English Judgment). Thus, given that the amounts and date of entry of judgment have now been established, a calculation may now be performed to convert all judgment amounts into U.S. Dollars.

As set forth in the motion above, Commisimpex has converted the foreign currency amounts into U.S. Dollars using the rates of conversion from www.oanda.com, which publishes "one of the world's largest and most accurate databases of currency rates" and handles "more than a million queries a day." *A Brief History*, OANDA, http://www.oanda.com/corp/story/?srccont=rightnav (last visited August 7, 2015). Commisimpex has converted the currency figures as of the date the Court entered judgment, in accordance with the "judgment day" rule. *Deutsche Bank*, 272 U.S. at 519; *Reliastar Life Ins. Co.*, 303 F.3d at 883. These figures have been incorporated into the attached proposed order for amended judgment with reference to the Court's original judgment entry date for consistency.

Finally, Commisimpex includes in the proposed order a reference to the federal post-judgment interest statute for clarity and completeness. Such omission or oversight may be rectified under Rule 60(a) of the Federal Rules of Civil Procedure.

Dated: Washington, D.C.
       August 7, 2015

Respectfully submitted,

**WHITE & CASE LLP**

/s/ Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicolle Kownacki (D.C. Bar No. 1005627)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com
nkownacki@whitecase.com

*Counsel for Commissions Import Export, S.A.*