UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV -9 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., ) ) ) Plaintiff ) ) v. ) ) THE REPUBLIC OF CONGO AND ) CAISSE CONGOLAISE ) D'AMORTISSEMENT ) ) Defendant ) ) | Civil Case No. 12-cv-743 (RCL) |

## ORDER

WHEREAS, this matter having come to be heard on the Motion [ECF No. 71] of Chadbourne & Parke LLP, counsel of record for defendants The Republic of the Congo and Caisse Congolaise D'Amortissement, to Be Relieved as Counsel, filed March 17, 2016; and

WHEREAS, there are no post-judgment motions pending in this case, or other extraordinary circumstances that might warrant denial of the motion of counsel to withdraw when their clients have terminated their services and will no longer provide compensation; and

WHEREAS, plaintiff and defendants having had the opportunity to respond to the motion, and the Court having considered all the arguments of the parties and their counsel;

**IT IS HEREBY ORDERED** that the motion [ECF No. 71] is **GRANTED**, and that Chadbourne & Parke LLP is hereby relieved as counsel of record for defendants, and that the Clerk of the Court shall so note on the docket sheet for this action the termination of Chadbourne & Parke LLP as counsel of record for defendants.

**IT IS FURTHER ORDERED** no counsel having appeared for defendants, the Clerk of Court shall enter on the dockets the address of the defendants as set forth on page 2 of ECF Doc.

1

71-1. It shall be the defendants' obligation, pursuant to Local Civil Rule 5.1(c)(1), to notify the Clerk of Court of any change of address.

**So ORDERED.**

*[signature]*
Royce C. Lamberth
United States District Judge

DATE: 11/8/16